IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eagle Crest Holdings, LLC, | ) | |
| | ) | **ORDER RESCHEDULING** |
| Plaintiff, | ) | **MID-DISCOVERY STATUS** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | |
| Auto-Owners Insurance Company, | ) | |
| | ) | Case No. 1:24-cv-135 |
| Defendant. | ) | |

**IT IS ORDERED**:

Due to conflict that has arisen on court's calendar, the mid-discovery status conference on December 13, 2024, shall be rescheduled for December 16, 2024, at 11:00 AM by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Caller ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 27th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court